

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax: 212.444.1030
doug@lipskylowe.com

**Application GRANTED. Defendant's deadline to answer, move or otherwise respond to the Complaint is extended to April 20, 2022. The Initial Pretrial Conference scheduled for April 13, 2022 is adjourned to April 27, 2022, at 4:20 P.M. The parties shall file the joint letter and Proposed Civil Case Management Plan and Scheduling Order required by the Order at Dkt. No. 5 by April 20, 2022, at 12:00 P.M.**

Dated: March 22, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:     Montour v. Saguaro Bloom Diagnostics LLC, 1:22-cv-1041 (LGS)

Dear Judge Schofield:

This firm represents the Plaintiff in this website accessibility case under the Americans with Disabilities Act. We submit this letter, on behalf of all parties, to request, responsive pleading deadline be extended and to adjourn the April 13, 2022, 4:20 p.m., Initial Pretrial Conference.

Defendant was served with the Complaint on March 2, 2022,[1] making its responsive pleading due by March 22. Defendant, however, is represented by Michigan-based attorneys, Dickinson Wright PLLC, who are not licensed to practice in this State. They have accordingly requested that this firm advise the Court that they are in the process of securing local counsel and to request Defendant's responsive pleading deadline be extended to April 20, 2022. Plaintiff consents. Assuming the Court grants this extension, the parties jointly request the April 13, 2022, 4:20 p.m. Initial Pretrial Conference be correspondingly adjourned.

We appreciate the Court's consideration of these requests. Both requests, if granted, would not affect any other dates or deadlines.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

CC:     Defense counsel (Via Email)

---

[1] Affidavit of Service will be shortly filed.