UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DANIELLE MONTOUR,                                           :
                                    Plaintiff,              :
                                                            :          22 Civ. 1041 (LGS)
               -against-                                    :
                                                            :                ORDER
SAGUARO BLOOM DIAGNOSTICS LLC,                              :
                                    Defendant.              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on March 21, 2022, Plaintiff filed a letter stating that Defendant was served

with the Complaint on March 2, 2022, requesting an adjournment to April 27, 2022, of the initial

pretrial conference, and requesting an extension to April 20, 2022, of Defendant's time to answer,

move or otherwise respond to the Complaint (Dkt. No. 6);

       WHEREAS, the Order, dated March 23, 2022, scheduled the initial pretrial conference for

April 27, 2022, at 4:20 P.M., required the parties to file a proposed joint letter and case

management plan no later than seven days before the initial pretrial conference, and required

Defendant to respond to the Complaint by April 20, 2022 (Dkt. No. 7);

       WHEREAS, the parties failed to file the joint letter or proposed case management plan;

       WHEREAS, no proof of service has been filed on the docket, and Defendant has not

appeared in this case and has not timely responded to the Complaint.  It is hereby

       **ORDERED** that, if Plaintiff has served Defendant, Plaintiff shall file proof of service as

soon as possible and no later than **April 22, 2022**.  It is further

       **ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the

joint letter and proposed case management plan no later than **April 22, 2022,** and explain why

they have not complied with the Court's deadlines.  If Defendant refuses to cooperate in the

preparation of these documents, Plaintiff shall prepare and file them.  It is further

**ORDERED** that, if Plaintiff is not in communication with Defendant but has served Defendant, Plaintiff shall file a letter no later than **April 22, 2022**, (1) requesting further adjournment of the initial pretrial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendant and related papers as provided in the Court's Individual Rules.  It is further

**ORDERED** that, if Plaintiff is not in communication with Defendant and is unable to file proof of service, Plaintiff shall file a status letter regarding her efforts to serve Defendant and requesting an adjournment of the initial conference no later than **April 22, 2022**.  It is further

**ORDERED** that the initial pretrial conference scheduled for April 27, 2022, at 4:20 P.M. is adjourned to **May 4, 2022, at 4:20 P.M.**

Dated: April 21, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2